D. J. Baker
Robert J. Rosenberg
Caroline A. Reckler (appearing *pro hac vice*)
Kimberly A. Posin (appearing *pro hac vice*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Proposed Counsel to the Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Boston Generating, LLC,<br>et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-14419 (SCC)<br><br>Joint Administration Requested |

## MOTION FOR ADMISSION *PRO HAC VICE*

**TO THE UNITED STATES BANKRUPTCY JUDGE:**

Pursuant to Local Bankruptcy Rule 2090-1(b), D. J. Baker, a member in good standing of the bar of this Court, hereby moves this Court for the admission *pro hac vice* of Caroline A. Reckler to represent the above-captioned debtors and debtors-in-possession in the above-captioned chapter 11 cases, and in support thereof respectfully states as follows:

1. Caroline A. Reckler is an associate of the law firm of Latham & Watkins LLP, located at 233 S. Wacker Drive, Suite 5800, Chicago, Illinois 60606, and is licensed to practice law in the State of Illinois.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Boston Generating, LLC (0631); EBG Holdings LLC (3635); Fore River

2.   Ms. Reckler is admitted to practice before the United States District Court for the Northern District of Illinois.

3.   Ms. Reckler has never been convicted of any crime nor publicly reprimanded, censured, suspended, disciplined or disbarred by any court. In addition, no disciplinary action, contempt or other proceeding involving Ms. Reckler is pending before any court.

4.   Ms. Reckler is familiar with (a) the Bankruptcy Code, (b) the Federal Rules of Bankruptcy Procedure, (c) the Federal Rules of Civil Procedure and (d) the Local Rules of this Court and the United States District Court for the Southern District of New York and is willing to submit to the jurisdiction of this Court and comply with all rules and procedures established by this Court.

WHEREFORE, D. J. Baker respectfully moves this Court for the admission *pro hac vice* of Caroline A. Reckler in the above-captioned cases.

Dated: August 18, 2010
New York, New York

Respectfully Submitted,

/s/ D. J. Baker
D. J. Baker
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Proposed Counsel to the Debtors and Debtors-in-Possession

---

Development, LLC (7933); Mystic I, LLC (0640); Mystic Development, LLC (7940); BG New England Power Services, Inc. (0476); and BG Boston Services, LLC (6921).

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Boston Generating, LLC,<br>et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-14419 (SCC)<br><br>Joint Administration Requested |

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF CAROLINE A. RECKLER

Upon the motion (the "**Motion**") of D. J. Baker, dated August 18, 2010, in support of the admission of Caroline A. Reckler *pro hac vice* to represent the above-captioned debtors and debtors-in- possession in the above-captioned chapter 11 cases, it is hereby

ORDERED that

1. The Motion is granted.

2. Caroline A. Reckler is admitted *pro hac vice* in the above-captioned cases.

Dated: _____, 2010
New York, New York

_____
Honorable Shelley C. Chapman
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Boston Generating, LLC (0631); EBG Holdings LLC (3635); Fore River Development, LLC (7933); Mystic I, LLC (0640); Mystic Development, LLC (7940); BG New England Power Services, Inc. (0476); and BG Boston Services, LLC (6921).

NY\1651093.3