THOMPSON & KNIGHT LLP
Ira L. Herman
Jennifer A. Christian
900 Third Avenue, 20th Floor
New York, New York 10022
Tel: (212) 751-3001
Fax: (212) 751-3113

*Attorneys for Sequent Energy Management L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Boston Generating LLC, et al., | ) | Case No. 10-14419 (SCC) |
| | ) | |
| | ) | Joint Administration Requested |
| Debtors. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF TYE C. HANCOCK

**TO THE HONORABLE SHELLEY C. CHAPMAN**
**UNITED STATES BANKRUPTCY JUDGE:**

Pursuant to Local Bankruptcy Rule 2090-1(b), Jennifer A. Christian, a member in good standing of the bar of this Court, hereby moves this Court for the admission *pro hac vice* of Tye C. Hancock to represent Sequent Energy Management L.P. in the above-captioned chapter 11 cases, and in support thereof respectfully states as follows:

1. Tye C. Hancock is a partner in the law firm of Thompson & Knight LLP, located at Three Allen Center, 333 Clay Street, Suite 3300, Houston, Texas 77002-4499, and is licensed to practice law in the State of Texas.

2. Mr. Hancock is admitted to practice before the United States Court of Appeals for the Fifth Circuit and the United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas.

3. Mr. Hancock has never been convicted of any crime involving moral turpitude nor publicly reprimanded, censured, suspended, disciplined or disbarred by any court. In addition, no disciplinary action, contempt or other proceeding involving Mr. Hancock is pending before any court.

4. Mr. Hancock is familiar with (a) the Bankruptcy Code, (b) the Federal Rules of Bankruptcy Procedure, (c) the Federal Rules of Civil Procedure and (d) the Local Rules of this Court and the United States District Court for the Southern District of New York and is willing to submit to the jurisdiction of this Court and comply with all rules and procedures established by this Court.

WHEREFORE, Jennifer A. Christian respectfully moves this Court for the admission *pro hac vice* of Tye C. Hancock in the above-captioned cases.

Dated: New York, New York
August 20, 2010

Respectfully submitted,

THOMPSON & KNIGHT LLP

By: */s/ Jennifer A. Christian*
 Ira L. Herman
 Jennifer A. Christian
900 Third Avenue, 20th Floor
New York, New York 10022
Tel: (212) 751-3001
Fax: (212) 751-3113

*Attorneys for Sequent Energy Management L.P.*