STROOCK & STROOCK & LAVAN LLP
Mark A. Speiser
Harold Olsen
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for Sempra Energy Trading LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
| | |
|---|---|
| *In re* : | Chapter 11 |
| : | |
| Boston Generating, LLC, *et al.*[1], : | Case No. 10-14419 (SCC) |
| : | |
| : | Joint Administration Requested |
| Debtors. : | |

---------------------------------------------------------------------- x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that Sempra Energy Trading LLC ("Sempra"), hereby appears in the above-captioned case pursuant to 11 U.S.C. § 1109(b) and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following address:

> Mark A. Speiser
> Harold Olsen
> Stroock & Stroock & Lavan LLP
> 180 Maiden Lane
> New York, NY 10038
> Telephone: (212) 806-5400
> Facsimile: (212) 806-6006
> Email: mspeiser@stroock.com
> Email: holsen@stroock.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number,

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated: August 23, 2010
      New York, New York

STROOCK & STROOCK & LAVAN LLP

/s/ Mark A. Speiser
Mark A. Speiser
Harold Olsen
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
Fax: (212) 806-6006

*Counsel for Sempra Energy Trading LLC*

---

include: Boston Generating, LLC (0631); EBG Holdings LLC (3635); Fore River Development, LLC (7933); Mystic I, LLC (0640); Mystic Development, LLC (7940); BG New England Power Services, Inc. (0476); and BG Boston Services, LLC (6921).