| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK | |
| **Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines** | |

**See Reverse Side for Important Explanations**

| Debtors: | Case Number: | Tax ID Number: |
|---|---|---|
| All other names used by the Debtors in the last 8 years: | Attorney for Debtors: | |

**Meeting of Creditors**
Date: _____, _____   Time: [____] [__.m.]   Location:

**Deadline to File a Proof of Claim**
Notice of deadline will be sent at a later time.

**Creditor with a Foreign Address**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts**
Notice of deadline will be sent at a later time.

**Creditors May Not Take Certain Actions**
IN MOST INSTANCES, THE FILING OF THE BANKRUPTCY CASE AUTOMATICALLY STAYS CERTAIN COLLECTION AND OTHER ACTIONS AGAINST THE DEBTOR AND THE DEBTOR'S PROPERTY. UNDER CERTAIN CIRCUMSTANCES, THE STAY MAY BE LIMITED TO 30 DAYS OR NOT EXIST AT ALL, ALTHOUGH THE DEBTOR CAN REQUEST THE COURT TO EXTEND OR IMPOSE A STAY. IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY CODE, YOU MAY BE PENALIZED. COMMON EXAMPLES OF PROHIBITED ACTIONS BY CREDITORS ARE CONTACTING THE DEBTORS TO DEMAND REPAYMENT, TAKING ACTION AGAINST THE DEBTORS TO COLLECT MONEY OWED TO CREDITORS OR TO TAKE PROPERTY OF THE DEBTORS, AND STARTING OR CONTINUING COLLECTION ACTIONS, FORECLOSURE ACTIONS, OR REPOSSESSIONS. CONSULT A LAWYER TO DETERMINE YOUR RIGHTS IN THIS CASE.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| | Clerk of the Bankruptcy Court: |
| Hours Open: | Date: _____, 2010 |

US_ACTIVE:\43190307\10\78450.0004

| | EXPLANATIONS | B9F (Official Form 9F) (12/08) |
|---|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtors listed on the attached "Schedule of Debtors," and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the debtors' property and may continue to operate any business. | |
| **Legal Advice** | The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' Noticing and Claims Agent cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtors by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtors; repossessing the debtors' property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtors can request the court to extend or impose a stay. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtors' representative must be present at the meeting to be questioned under oath by the United States Trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. | |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any Bankruptcy Clerk's Office. You may look at the schedules that have been or will be filed at the Bankruptcy Clerk's Office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial.<br>**Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. | |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtors, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the Bankruptcy Clerk's Office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The Bankruptcy Clerk's Office must receive the complaint and any required filing fee by that deadline. | |
| Bankruptcy Clerk's Office | Any paper that you file in these bankruptcy cases should be filed at the Bankruptcy Clerk's Office at the address listed on the front side, unless otherwise ordered by the Court. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the Bankruptcy Clerk's Office. | |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |
| | Refer To Other Side For Important Deadlines and Notices | |

# Schedule of Debtors

| Debtor | Other Names Used in the Past 8 Years | Case Number | Federal Tax I.D. No. |
|---|---|---|---|
| Boston Generating, LLC | Sithe Boston Generating, LLC<br><br>Exelon Boston Generating, LLC | 10-14419 | 80-0070631 |
| EBG Holdings LLC | EBG Merger LLC | 10-14417 | 51-0513635 |
| Fore River Development, LLC | Sithe Edgar Development LLC<br><br>Sithe Fore River Development, LLC<br><br>Exelon Fore River Development, LLC | 10-14220 | 13-4007933 |
| Mystic I, LLC | Sithe Mystic LLC<br><br>Exelon Mystic, LLC<br><br>Mystic Generating<br><br>Sithe New England | 10-14421 | 13-3990640 |
| Mystic Development, LLC | Sithe Mystic Development LLC<br><br>Exelon Mystic Development, LLC | 10-14422 | 13-4007940 |
| BG New England Power Services, Inc. | Sithe New England<br><br>Sithe New England Power Services, Inc.<br><br>Exelon New England Power Services, Inc. | 10-14423 | 13-3990476 |
| BG Boston Services, LLC | Sithe Boston Power Services LLC<br><br>Exelon Boston Services, LLC | 10-14424 | 04-3536921 |