DEWEY & LEBOEUF LLP
Bennett G. Young
Paul S. Jasper
One Embarcadero Center, Suite 400
San Francisco, California 94111
Tel: (415) 951-1100
Fax: (415) 951-1180

    - and -

Irena M. Goldstein
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000
Fax: (212) 259-6333

Counsel for Algonquin Gas Transmission Co.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Boston Generating, LLC,<br>et al.,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 10-14419 (SCC)<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
**OF ALL NOTICES, PLEADINGS, AND ORDERS**

    **PLEASE TAKE NOTICE** that Algonquin Gas Transmission Co., by and through its counsel, Dewey & LeBoeuf LLP, hereby enters its appearance in the above-captioned chapter 11 case pursuant to section 1109(b) of title 11 of the United States Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and requests that all notices and pleadings filed in this case be served upon the persons listed below at the following addresses:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification number, include: Boston Generating, LLC (0631); EBG Holdings LLC (3635); Fore River Development, LLC (7933); Mystic I, LLC (0640); Mystic Development, LLC (7940); BG New England Power Services, Inc. (0476); and BG Boston Services, LLC (6921).

Bennett G. Young
Paul S. Jasper
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, California 94111
Tel: (415) 951-1100
Fax: (415) 951-1180
E-mail:byoung@dl.com
      pjasper@dl.com

- and -

Irena M. Goldstein
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000
Fax: (212) 259-6333
E-mail: igoldstein@dl.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any notice, pleading, motion, order, petition, application, complaint, demand, or request, whether formal or informal, written or oral, and whether transmitted by mail, expedited delivery service, telephone, facsimile, e-mail, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, proof of claim, other writing, or conduct shall constitute a waiver by Algonquin Gas Transmission Co. of any (i) right to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) right to trial by jury in any proceeding as to any and all matters so triable; (iii) right to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) other remedies, rights, claims, defenses, setoffs, or other matters, in law or equity, under any agreement.

*[Signature Page to Follow]*

| | |
|---|---|
| Dated: August 27, 2010<br>New York, New York | DEWEY & LEBOEUF LLP<br><br>By: /s/ Irena M. Goldstein<br>　　Bennett G. Young<br>　　Paul S. Jasper<br>　　One Embarcadero Center, Suite 400<br>　　San Francisco, California 94111<br>　　Tel: (415) 951-1100<br>　　Fax: (415) 951-1180<br><br>　　　　- and -<br><br>　　Irena M. Goldstein<br>　　1301 Avenue of the Americas<br>　　New York, New York 10019<br>　　Tel: (212) 259-8000<br>　　Fax: (212) 259-6333<br><br>　　Counsel for Algonquin Gas Transmission Co. |