**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Boston Generating, LLC, <u>et</u> <u>al.</u>,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-14419 (SCC)<br><br>Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Bennett G. Young, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent Algonquin Gas Transmission Co., a party in interest in the above-captioned chapter 11 case. I certify that I am a member in good standing of the bar in the State of California and the bar of the United States District Courts for the Northern, Central, Eastern, and Southern Districts of California.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: August 27, 2010          DEWEY & LEBOEUF LLP

                                                By: /s/ Bennett G. Young
                                                      Bennett G. Young
                                                      One Embarcadero Center, Suite 400
                                                      San Francisco, California 94111
                                                      Tel: (415) 951-1100
                                                      Fax: (415) 951-1180
                                                      E-mail: byoung@dl.com

                                                      Counsel for Algonquin Gas Transmission Co.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification number, include: Boston Generating, LLC (0631); EBG Holdings LLC (3635); Fore River Development, LLC (7933); Mystic I, LLC (0640); Mystic Development, LLC (7940); BG New England Power Services, Inc. (0476); and BG Boston Services, LLC (6921).

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Boston Generating, LLC,<br>et al.,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 10-14419 (SCC)<br><br>Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Bennett G. Young, to be admitted, *pro hac vice*, to represent Algonquin Gas Transmission Co., a party in interest in the above-captioned chapter 11 case, and upon the movant's certification that he is a member in good standing of the bar in the State of California and the bar of the United States District Courts for the Northern, Central, Eastern, and Southern Districts of California, it is hereby:

ORDERED, that Bennett G. Young, Esq., is admitted to practice, *pro hac vice*, in the above-captioned case to represent Algonquin Gas Transmission Co. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2010
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE SHELLEY C. CHAPMAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification number, include: Boston Generating, LLC (0631); EBG Holdings LLC (3635); Fore River Development, LLC (7933); Mystic I, LLC (0640); Mystic Development, LLC (7940); BG New England Power Services, Inc. (0476); and BG Boston Services, LLC (6921).

NYA 630899.1