**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Boston Generating, LLC, <u>et</u> <u>al.</u>,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 10-14419 (SCC)<br><br>Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

     I, Paul S. Jasper, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent Algonquin Gas Transmission Co., a party in interest in the above-captioned chapter 11 case. I certify that I am a member in good standing of the bar in the State of California and the bar of the United States District Courts for the Northern, Central, and Eastern Districts of California.

     I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated:  August 27, 2010               DEWEY & LEBOEUF LLP

                                                By: <u>/s/ Paul S. Jasper</u>
                                                     Paul S. Jasper
                                                     One Embarcadero Center, Suite 400
                                                   San Francisco, California 94111
                                                   Tel: (415) 951-1100
                                                   Fax: (415) 951-1180
                                                   E-mail: pjasper@dl.com

                                                 Counsel for Algonquin Gas Transmission Co.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification number, include: Boston Generating, LLC (0631); EBG Holdings LLC (3635); Fore River Development, LLC (7933); Mystic I, LLC (0640); Mystic Development, LLC (7940); BG New England Power Services, Inc. (0476); and BG Boston Services, LLC (6921).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Boston Generating, LLC,<br><u>et</u> <u>al.</u>,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 10-14419 (SCC)<br><br>Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Paul S. Jasper, to be admitted, *pro hac vice*, to represent Algonquin Gas Transmission Co., a party in interest in the above-captioned chapter 11 case, and upon the movant's certification that he is a member in good standing of the bar in the State of California and the bar of the United States District Courts for the Northern, Central, and Eastern Districts of California, it is hereby:

ORDERED, that Paul S. Jasper, Esq., is admitted to practice, *pro hac vice*, in the above-captioned case to represent Algonquin Gas Transmission Co. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2010
       New York, New York

 

                                              HONORABLE SHELLEY C. CHAPMAN
                                              UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification number, include: Boston Generating, LLC (0631); EBG Holdings LLC (3635); Fore River Development, LLC (7933); Mystic I, LLC (0640); Mystic Development, LLC (7940); BG New England Power Services, Inc. (0476); and BG Boston Services, LLC (6921).