# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

Boston Generating, LLC,
et al.,[1]

          Debtors.

Chapter 11

Case No. 10-14419 (SCC)

Jointly Administered

**Related Docket No**. ___

## ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS *NUNC PRO TUNC* TO THEIR RESPECTIVE NOTICE DATES

Upon consideration of the motion (the "**Motion**")[2] of the Debtors for entry of an order authorizing the Debtors to reject the Executory Contracts *nunc pro tunc* to their respective Notice Dates; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and adequate notice of the Motion and opportunity for objection having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefore, it is hereby ORDERED that:

1. The Motion is granted as stated herein.

2. The Service Agreement is hereby rejected effective as of August 24, 2010.

3. The Terminalling Agreement is hereby rejected effective as of August 26, 2010.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Boston Generating, LLC (0631); EBG Holdings LLC (3635); Fore River Development, LLC (7933); Mystic I, LLC (0640); Mystic Development, LLC (7940); BG New England Power Services, Inc. (0476); and BG Boston Services, LLC (6921).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

4. The Counterparties each must file a claim for damages arising as a result of the rejection of the Executory Contracts by the later of (a) the claims bar date established in these Chapter 11 Cases, or (b) 30 days after the entry of this Order.

5. The Debtors do not waive any claims they may have against the Counterparties, whether or not such claims arise under, are related to the rejection of, or are independent of the Executory Contracts.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.


Dated: _____, 2010
      New York, New York

                                              Honorable Shelley C. Chapman
                                              United States Bankruptcy Judge

# SCHEDULE 1

## Executory Contracts

| Counterparty | Counterparty Address | Name of Contract | Date of Contract |
|---|---|---|---|
| Algonquin Gas Transmission Company | Algonquin Gas Transmission Company<br>5400 Westheimer Court<br>Houston, TX 77056<br>Attn: Vice President Marketing | Service Agreement | January 31, 2001 |
| Sprague Energy Corp. | Two International Drive<br>Suite 200<br>Portsmouth, New Hampshire 03801 | Terminalling Agreement | July 27, 2000 |