UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

In re:

BOSTON GENERATING, LLC, et al.,

Debtors.

---------------------------------------------------------------------X

Chapter 11

Case No. 10-14419-scc

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Mary T. Sullivan, Esq., request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent Utility Workers Union of America Local 369, who is a creditor and party in interest in the above referenced case.

I certify that I am a member in good standing of the bars of the State of Massachusetts and New Hampshire.

I have submitted the filing fee of $25.00 with this motion for pro hac vice admission

Dated: August 26, 2010
      New York, New York

LEVY RATNER, P.C.

     /s/ Mary T. Sullivan
By:  Mary T. Sullivan, Esq.
     Attorneys for Utility Workers Union
     of America Local 369
     111 Devonshire St., 5th Floor
     Boston, MA 02109
     E-Mail address:
     msullivan@segalroitman.com
     (617) 742-0208
     (617) 742-2187 (fax)