UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Boston Generating, LLC, <u>et</u> <u>al.</u>,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-14419 (SCC)<br><br>Jointly Administered |

## **ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Paul S. Jasper, to be admitted, *pro hac vice*, to represent Algonquin Gas Transmission Co., a party in interest in the above-captioned chapter 11 case, and upon the movant's certification that he is a member in good standing of the bar in the State of California and the bar of the United States District Courts for the Northern, Central, and Eastern Districts of California, it is hereby:

ORDERED, that Paul S. Jasper, Esq., is admitted to practice, *pro hac vice*, in the above-captioned case to represent Algonquin Gas Transmission Co. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September 1, 2010
       New York, New York

                                /s/Shelley C. Chapman
                                HONORABLE SHELLEY C. CHAPMAN
                                UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification number, include: Boston Generating, LLC (0631); EBG Holdings LLC (3635); Fore River Development, LLC (7933); Mystic I, LLC (0640); Mystic Development, LLC (7940); BG New England Power Services, Inc. (0476); and BG Boston Services, LLC (6921).