UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re                                          :     Case No. 10-14419 (SCC)
                                               :
Boston Generating LLC, et al.,                 :         (Chapter 11)
                                               :
                                               :     (Jointly Administered)
                              Debtors.         :
--------------------------------------------------------x

# APPOINTMENT OF COMMITTEE OF
# UNSECURED CREDITORS

     Pursuant to Section 1102(a) and 1102(b) of the Bankruptcy Code, the following creditors of the above-captioned debtors being among the largest unsecured claimants who are willing to serve are appointed to the committee of unsecured creditors:

1.     Algonquin Gas Transmission, LLC
       890 Winter Street
       Suite 300
       Waltham, MA 02451-1470
       Attn: Richard Paglia, Vice President
       Tel. No. (713) 989-3190

2.     Sprague Energy Corp.
       Two International Drive
       Suite 200
       Portsmouth, NH 03801
       Attn: Katherine K. Battles, Senior Counsel
       Tel. No. (603) 431-1000

3. Utility Workers Union of America, Local 369
   120 Bay State Drive
   Braintree, NA 02184
   Attn: David Leonardi, President
   Tel. No. (508) 830-7904


Dated: New York, New York
       September 10, 2010

                                              TRACY HOPE DAVIS
                                              UNITED STATES TRUSTEE


                               By:   /s/ *Paul K. Schwartzberg*
                                        Paul K. Schwartzberg
                                          Trial Attorney
                                          33 Whitehall Street, 21st Floor
                                          New York, New York  10004
                                          Tel. No. (212) 510-0500