Bruce F. Smith (BS 9582)
Steven C. Reingold (SR 6731)
JAGER SMITH P.C.
485 Madison Avenue, 20th Floor
New York, New York 10022
telephone: (212) 683-3520
email: bsmith@jagersmith.com
       sreingold@jagersmith.com

Proposed Counsel to the Official
Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| BOSTON GENERATING, LLC, *et al.*,[1] | ) | Case No. 10-14419 (SCC) |
| Debtors. | ) | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Section 342 of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Jager Smith P.C. hereby appears as proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned jointly administered cases.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Boston Generating, LLC (0631); EBG Holdings LLC (3635); Fore River Development, LLC (7933); Mystic I, LLC (3640); Mystic Development, LLC (7940); BG New England Power Services, Inc. (0476); and BG Boston Services, LLC (6921).

**PLEASE TAKE FURTHER NOTICE** that request is hereby made that all notices given or required to be given, and all papers served or required to be served, in these cases be given to and served upon the following:

| | |
|---|---|
| Bruce F. Smith<br>Steven C. Reingold<br>Jager Smith P.C.<br>485 Madison Avenue, 20th Floor<br>New York, New York 10022<br>telephone: (212) 683-3520<br>email: bsmith@jagersmith.com<br>   sreingold@jagersmith.com | Brendan C. Recupero<br>Jager Smith P.C.<br>One Financial Center<br>Boston, Massachusetts 02111<br>telephone: (617) 951-0500<br>facsimile: (617) 951-2414<br>email: brecupero@jagersmith.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the section of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all notices, applications, complaints, demands, motions, petitions, pleadings, schedules of assets and liabilities and statements of affairs, operating reports, plan or plans of reorganization or liquidation, disclosure statements, or requests, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic filing or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to waive and shall not constitute a waiver of (1) the Committee's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) the Committee's right to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) the Committee's right to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (iv) the Committee's right to seek a change of venue; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be

entitled to under agreements, documents or instruments, in law or equity, including, but not limited to, any and all jurisdictional defenses, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: September 11, 2010

JAGER SMITH P.C.

/s/ Steven C. Reingold
_____
Bruce F. Smith (BS 9582)
Steven C. Reingold (SR 6731)
485 Madison Avenue, 20th Floor
New York, New York 10022
telephone: (212) 683-3520
email: bsmith@jagersmith.com
       sreingold@jagersmith.com

and

Brendan C. Recupero
One Financial Center
Boston, Massachusetts 02111
telephone: (617) 951-0500
facsimile: (617) 951-2414
email: brecupero@jagersmith.com

Proposed Counsel to the Official
Committee of Unsecured Creditors

# CERTIFICATE OF SERVICE

I, Steven C. Reingold, hereby certify that on this 11th day of September, 2010, the within *Notice of Appearance and Request for Service of Papers* was filed electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers, and that on this date, copies of the same were served upon the parties set forth below via first class mail, postage prepaid:

>Mark A. Speiser, Esq.
>Stroock & Stroock & Lavan LLP
>180 Maiden Lane
>New York, New York 10038
>
>Joshua R. Taylor, Esq.
>Steptoe & Johnson LLP
>750 Seventh Avenue
>New York, New York 10019
>
>Paul K. Schwartzberg, Esq.
>Office of the United States Trustee
>33 Whitehall Street, 21st Floor
>New York, New York 10004

/s/ Steven C. Reingold
_____
Steven C. Reingold (SR 6731)

296188_1