**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Boston Generating, LLC,<br><u>et</u> <u>al.</u>,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-14419 (SCC)<br><br>Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Charles A. Moore, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent Algonquin Gas Transmission, LLC, a party in interest in the above-captioned chapter 11 cases. I certify that I am a member in good standing of the bar of the State of Texas and the United States District Courts for the Southern and Western Districts of Texas.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: September 29, 2010                Respectfully Submitted,

                                                                                By: /s/ Charles A. Moore
                                                                                    Charles A. Moore
                                                                                    **DEWEY & LEBOEUF LLP**
                                                                                    RRI Energy Plaza
                                                                                    1000 Main Street, Suite 2550
                                                                                    Houston, Texas 77002
                                                                                    Tel: (713) 287-2000
                                                                                    Fax: (713) 287-2100
                                                                                    E-mail: cmoore@dl.com

                                                                                    **Attorney for Algonquin Gas Transmission, LLC**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification number, include: Boston Generating, LLC (0631); EBG Holdings LLC (3635); Fore River Development, LLC (7933); Mystic I, LLC (0640); Mystic Development, LLC (7940); BG New England Power Services, Inc. (0476); and BG Boston Services, LLC (6921).

NYA 631828.1

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Boston Generating, LLC,<br>et al.,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 10-14419 (SCC)<br><br>Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Charles A. Moore, to be admitted, *pro hac vice*, to represent Algonquin Gas Transmission, LLC, a party in interest in the above-captioned chapter 11 cases, and upon the movant's certification that he is a member in good standing of the bar of the State of Texas and the United States District Courts for the Southern and Western Districts of Texas, it is hereby:

ORDERED, that Charles A. Moore, Esq., is admitted to practice, *pro hac vice*, in the above-captioned case to represent Algonquin Gas Transmission, LLC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2010
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE SHELLEY C. CHAPMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification number, include: Boston Generating, LLC (0631); EBG Holdings LLC (3635); Fore River Development, LLC (7933); Mystic I, LLC (0640); Mystic Development, LLC (7940); BG New England Power Services, Inc. (0476); and BG Boston Services, LLC (6921).

NYA 632678.1