IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Boston Generating, LLC,<br>et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-14419 (SCC)<br><br>Jointly Administered<br><br>**Related Docket No. 479** |

### ORDER PURSUANT TO SECTION 1121(D) OF THE BANKRUPTCY CODE EXTENDING EXCLUSIVE PERIODS FOR FILING A CHAPTER 11 PLAN AND SOLICITATION OF ACCEPTANCES THERETO

Upon consideration of the motion (the "**Motion**")[2] of the Debtors for entry of an order authorizing an extension of the Debtors' Exclusive Periods to file a chapter 11 plan and solicit acceptances thereof through and including March 18, 2011 and June 18, 2011, respectively; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and adequate notice of the Motion and opportunity for objection having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefore, it is hereby ORDERED that:

1. The Motion is granted as stated herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Boston Generating, LLC (0631); EBG Holdings LLC (3635); Fore River Development, LLC (7933); Mystic I, LLC (0640); Mystic Development, LLC (7940); BG New England Power Services, Inc. (0476); and BG Boston Services, LLC (6921).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2. Pursuant to Section 1121(d) of the Bankruptcy Code, the Debtors' exclusive Plan Period is extended through and including March 18, 2011.

3. Pursuant to Section 1121(d) of the Bankruptcy Code, the Debtor's Solicitation Period is extended through and including June 18, 2011.

4. The extension of the Exclusive Periods granted herein is without prejudice to any further requests that may be made pursuant to Section 1121(d) of the Bankruptcy Code.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

Dated: December 7, 2010
      New York, New York

/s/Shelley C. Chapman
Honorable Shelley C. Chapman
United States Bankruptcy Judge