# **EXHIBIT A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boston Generating, LLC,<br><u>et</u> <u>al</u>.,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 10-14419 (SCC)<br><br>Jointly Administered<br><br>**Related Docket No**. ___ |

**ORDER AUTHORIZING THE DEBTORS TO ASSUME AND/OR ASSIGN CERTAIN EXECUTORY CONTRACTS TO CONSTELLATION HOLDINGS, INC. OR ITS AFFILIATE *NUNC PRO TUNC* TO THE CLOSING DATE OF THE SALE**

Upon consideration of the motion (the "**Motion**")[2] of the Debtors for entry of an order authorizing the Debtors to assume and/or assign certain Executory Contracts *nunc pro tunc* to the Closing Date; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and adequate notice of the Motion and opportunity for objection having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefore, it is hereby ORDERED that:

1.      The Motion is granted as stated herein.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Boston Generating, LLC (0631); EBG Holdings LLC (3635); Fore River Development, LLC (7933); Mystic I, LLC (0640); Mystic Development, LLC (7940); BG New England Power Services, Inc. (0476); and BG Boston Services, LLC (6921).

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

NY\1718049.4

2. Buyer or its affiliate is authorized to pay the Cure Amounts listed on <u>Schedule 1</u> attached hereto to the Executory Contract counterparties.

3. The Executory Contract counterparties are hereby deemed adequately assured of future performance by Buyer or its affiliate.

4. Upon payment of the Cure Amounts by Buyer or its affiliate to the Executory Contract counterparties, the Debtors are authorized to assume and/or assign to Buyer or its affiliate all of the Executory Contracts listed on <u>Schedule 1</u> attached hereto *nunc pro tunc* to the Closing Date.

5. The requirements of Bankruptcy Rule 6006(d) are waived.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Debtors and Buyer are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2010
      New York, New York

                                          Honorable Shelley C. Chapman
                                          United States Bankruptcy Judge

NY\1718049.4

# SCHEDULE 1

## Executory Contracts

|  | Contract Counterparties | Name of Contract | Contract Date | Notice Address | Brief Summary | Cure Amount |
|---|---|---|---|---|---|---|
| 1. | Graver Technologies, LLC<br><br>Boston Generating, LLC | Master Purchase Agreement No. 2010-MSA-0004 | Effective date 2/11/2010 | Mr. Wayne Norwood<br>Pencader Industrial Park<br>200 Lake Drive<br>Glasgow, DE 18702 | Master Purchase Agreement | $0 |
| 2. | Construction Products & Services<br><br>Boston Generating, LLC | Master Services Agreement No. 2010-MSA-0007 | Dated 2/22/2010 | Construction Products & Services<br>Attn: President or General Counsel<br>250 Industrial Driver<br>Halifax, MA 02338 | Master Services Agreement | $7,284.39 |
| 3. | Aon Risk Services Northeast, Inc.<br><br>Boston Generating LLC | Compensation Agreement* | December 1, 2010 | William K. Carson, EVP<br>Aon Risk Services, Inc. of Connecticut | Energy<br>1600 Summer Street, 6th Floor<br>Stamford, CT 06905 | Risk Management Support Services Agreement | $0 |
| 4. | Aon Risk Services Northeast, Inc.<br><br>Boston Generating LLC | Compensation Agreement* | September 1, 2010 | William K. Carson, EVP<br>Aon Risk Services, Inc. of Connecticut | Energy<br>1600 Summer Street, 6th Floor<br>Stamford, CT 06905 | Risk Management Support Services Agreement | $0 |

| | **Contract Counterparties** | **Name of Contract** | **Contract Date** | **Notice Address** | **Brief Summary** | **Cure Amount** |
|---|---|---|---|---|---|---|
| 5. | Chubb Group of Insurance Companies<br><br>Boston Generating, LLC | Energy Industries Insurance Coverage for Boston Generating, LLC* | 9/01/2010 to 9/01/2011 | Chubb Group of Insurance Companies<br>Attn: President or General Counsel<br>Claim Service Center<br>600 Independence Parkway, P.O. Box 4700<br>Chesapeake, Va. 23327-4700 | 2010 Policy<br><br>Energies Industries Insurance Coverage (Liability Insurance for Energy Industries)<br><br>Policy Number 3711-18-72 DTO | $0 |
| 6. | Chubb Group of Insurance Companies<br><br>Boston Generating, LLC | Chubb Commercial Excess and Umbrella Insurance* | 9/01/2010 to 9/01/2011 | Chubb Group of Insurance Companies,<br>Attn: President or General Counsel<br>Claim Service Center<br>600 Independence Parkway, P.O. Box 4700, Chesapeake, Va. 23327-4700 | 2010 Policy<br><br>Commercial Excess and Umbrella Insurance<br><br>Policy Number 7983-35-86 | $0 |
| 7. | Great American Insurance Group<br><br>Boston Generating, LLC | Commercial Excess Liability Declaration Page/ Excess Liability Coverage Form* | 9/01/2010 to 9/01/2011 | Great American Insurance Group<br>Administrative Offices<br>Attn: President or General Counsel<br>580 Walnut Street<br>Cincinnati, OH 45202 | 2010 Policy<br><br>Commercial Excess Liability Insurance<br><br>Policy No: EXC 2194310<br><br>Renewal of EXC 2194276 | $0 |
| 8. | Westchester Fire Insurance Company<br><br>Boston Generating, LLC | Excess Insurance Policy Declarations/ Excess Insurance Policy* | 9/01/2010 to 9/01/2011 | ACE Westchester Claims-Attn: President or General Counsel<br>P.O. Box 25152<br>Lehigh Valley, PA 18002-5152 (Claims or Loss Notices) | 2010 Policy<br><br>Excess Insurance Policy Declarations | $0 |
| 9. | RSUI Indemnity Company | Commercial Excess Liability Policy* | 9/01/2010 to 9/01/2011 | RSUI Indemnity Company<br>Attn: Claims Dept.<br>945 E. Paces Ferry Rd. | 2010 Policy<br><br>Commercial Excess | $0 |

NY\1718049.4

| | Contract Counterparties | Name of Contract | Contract Date | Notice Address | Brief Summary | Cure Amount |
|---|---|---|---|---|---|---|
| | Boston Generating, LLC | | | St. 1800<br>Atlanta, GA 30326-1160 | Liability Insurance<br>Policy No. NHA053918<br>Renewal of NHA050090 | |
| 10. | ACE American Insurance Company<br>Boston Generating, LLC | Underground Storage Tank Liability Policy* | 9/01/2010 to 9/01/2011 | ACE American Insurance Company<br>Attn: President or General Counsel<br>436 Walnut Street<br>P.O. Box 1000<br>Philadelphia, PA 19106 | 2010 Policy<br>Underground Storage Tank Insurance Policy<br>Policy Number G21833277006 | $0 |
| 11. | Factory Mutual Insurance Company<br>Boston Generating, LLC | Mutual Corporation Non-Assessable Policy* | November 30, 2010 | Factory Mutual Insurance Company<br>Attn: President or General Counsel<br>P.O. Box 7500<br>Johnston, Rhode Island 02919 | 2010 Policy<br>Covers all risks of physical loss or damage to property/ Business Interruption Insurance | $0 |

\*  Represents an Executory Contract that the Debtors entered into postpetition, and therefore the Debtors are only seeking to assign these Executory Contracts to the Buyer or its affiliate.