D. J. Baker
Robert J. Rosenberg
Caroline A. Reckler
Kimberly A. Posin (appearing *pro hac vice*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Boston Generating, LLC, et al.,[1] | Case No. 10-14419 (SCC) |
| Debtors. | Jointly Administered |

**PROOF OF PUBLICATION OF NOTICE OF HEARING TO CONSIDER CONFIRMATION OF, AND DEADLINE FOR OBJECTING TO, DEBTORS' PLAN OF LIQUIDATION**

The debtors and debtors in possession in the above-captioned cases hereby submit by attachment hereto a copy of the affidavit evidencing publication, on the date specified therein, in The Boston Globe, of the Notice of Hearing to Consider Confirmation of, and Deadline for Objecting to, Debtor's Plan of Liquidation.

Dated: August 9, 2011      /s/ *D. J. Baker*

D. J. Baker
Robert J. Rosenberg
Caroline A. Reckler
Kimberly A. Posin (appearing *pro hac vice*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Counsel to the Debtors and Debtors-in-Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Boston Generating, LLC (0631); EBG Holdings LLC (3635); Fore River Development, LLC (7933); Mystic I, LLC (0640); Mystic Development, LLC (7940); BG New England Power Services, Inc. (0476); and BG Boston Services, LLC (6921).

CH\1289450.1

# AFFIDAVIT

## TO GLOBE NEWSPAPER CO., INC.,

*For Advertising in the BOSTON GLOBE*

**GCG Communications**
**5335 SW Meadows Road, Suite 365**
**Lake Oswego, OR 97035**
***Attn: Shannon Baraff***

### LEGAL NOTICE

**I,** *Marie Burke,* hereby certify that I am a *Classified Advertising Sales Representative* of the Globe Newspaper Co., publishers of the Boston Globe; that the above advertisement has been inserted in said newspaper one time(s) Tuesday, July 26, 2011 and that it is charged at the usual rates.

*Marie Burke*

Boston, Mass   July 26, 2011

Personally appeared before me and made oath that the above statement subscribed to by her is true............

*Suffolk ss.*

Maureen A O'Brien
Notary Public
My Commission Expires 2/27/15



MAUREEN A. O'BRIEN
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
February 27, 2015

**LEGAL NOTICES**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| Boston Generating, LLC, et al., Debtors. | Case No. 10-14419 (SCC) Jointly Administered |

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF, AND DEADLINE FOR OBJECTING TO, DEBTORS' PLAN OF LIQUIDATION**

TO ALL HOLDERS OF CLAIMS AGAINST, AND HOLDERS OF INTERESTS IN, BOSTON GENERATING, LLC; EBG HOLDINGS LLC; FORE RIVER DEVELOPMENT, LLC; MYSTIC I, LLC; MYSTIC DEVELOPMENT, LLC; BG NEW ENGLAND POWER SERVICES, INC.; AND BG BOSTON SERVICES, LLC (THE "DEBTORS") AND ALL OTHER PARTIES-IN-INTEREST IN THE DEBTORS' CHAPTER 11 CASES.

PLEASE TAKE NOTICE OF THE FOLLOWING:
1. On July 20, 2011, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order (the "Disclosure Statement Order") approving the *Disclosure Statement for Second Amended Joint Plan of Liquidation of Boston Generating, LLC, et al.* [Docket No. 868] (the "Disclosure Statement") for use by the Debtors in soliciting votes on the *Second Amended Joint Plan of Liquidation of Boston Generating, LLC, et al.* [Docket No. 867] (as may be amended from time to time, the "Plan").
2. The hearing to consider confirmation of the Plan (the "Confirmation Hearing") will commence at 10:00 a.m. Eastern Time on August 30, 2011, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York, 10004. The Confirmation Hearing may be continued from time to time by the Bankruptcy Court or the Debtors without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court and served on such parties as the Bankruptcy Court may order.
3. The deadline for filing objections to the Plan is August 22, 2011 at 4:00 p.m. Eastern Time (the "Plan Objection Deadline"). Any objection to the Plan must: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy

Ad Number    2000519976
ID:          US Bankruptcy Court B481
Class:       LEGAL
Begin Date:  7/26/2011
End Date:    7/26/2011


GCG COMMUNICATIONS
5335 MEADOWS RD SUITE 365
LAKE OSWEGO, OR 97035

*To place an ad:* **617-929-1500**


# The Boston Globe

## CERTIFIED


Below is your advertisement from THE BOSTON GLOBE, beginning 7/26/2011 and ending 7/26/2011, appearing 1 time(s) in Classification, LEGAL.

*Thank you!*
**Boston Globe Advertising**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Boston Generating, LLC, et al., Debtors.
Chapter 11
Case No. 10-14419 (SCC)
Jointly Administered

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF, AND DEADLINE FOR OBJECTING TO, DEBTORS' PLAN OF LIQUIDATION**

TO ALL HOLDERS OF CLAIMS AGAINST, AND HOLDERS OF INTERESTS IN, BOSTON GENERATING, LLC; EBG HOLDINGS LLC; FORE RIVER DEVELOPMENT, LLC; MYSTIC I, LLC; MYSTIC DEVELOPMENT, LLC; BG NEW ENGLAND POWER SERVICES, INC.; AND BG BOSTON SERVICES, LLC (THE "DEBTORS") AND ALL OTHER PARTIES-IN-INTEREST IN THE DEBTORS' CHAPTER 11 CASES.

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On July 20, 2011, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order (the "Disclosure Statement Order") approving the *Disclosure Statement for Second Amended Joint Plan of Liquidation of Boston Generating, LLC, et al.* [Docket No. 868] (the "Disclosure Statement") for use by the Debtors in soliciting votes on the *Second Amended Joint Plan of Liquidation of Boston Generating, LLC; et al.* [Docket No. 867] (as may be amended from time to time, the "Plan").

2. The hearing to consider confirmation of the Plan (the "Confirmation Hearing") will commence at 10:00 a.m. Eastern Time on August 30, 2011, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York, 10004. The Confirmation Hearing may be continued from time to time by the Bankruptcy Court or the Debtors without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court and served on such parties as the Bankruptcy Court may order.

3. The deadline for filing objections to the Plan is **August 22, 2011 at 4:00 p.m. Eastern Time** (the "Plan Objection Deadline"). Any objection to the Plan must: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York; (c) state the name and address of the objecting party and the amount and nature of the Claim or Interest of such Entity; (d) state with particularity the basis and nature of any objection to the Plan and, if practicable, a proposed modification to the Plan that would resolve such objection; and (e) be filed, contemporaneously with a proof of service, with the Bankruptcy Court and served so that it is *actually received* no later than the Plan Objection Deadline by the parties set forth in the Disclosure Statement Order. CONFIRMATION OBJECTIONS NOT TIMELY FILED AND SERVED IN THE MANNER SET FORTH HEREIN MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AND MAY BE OVERRULED WITHOUT FURTHER NOTICE.

4. ARTICLE 12 OF THE PLAN CONTAINS RELEASE, EXCULPATION AND INJUNCTION PROVISIONS. THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.