D. J. Baker
Robert J. Rosenberg
Caroline A. Reckler
Kimberly A. Posin (appearing *pro hac vice*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Counsel to the Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Boston Generating, LLC,<br>et al.,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 10-14419 (SCC)<br><br>Jointly Administered |

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF PLAN

**TO:**  **ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE THAT:**

  1.  On August 31, 2011, the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") entered its *Order Confirming Second Amended Joint Plan of Liquidation of Boston Generating, LLC, et al., as Modified* [Docket No. 915] (the "**Confirmation Order**"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the *Final Cumulative Joint Plan of Liquidation of Boston Generating, LLC, et al.*, dated September 15, 2011 [Docket No. 934] (the "**Plan**").

  2.  Copies of the Confirmation Order and the Plan are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, One Bowling Green, New York, New York 10004. Copies of the Confirmation Order and the Plan may also be obtained by accessing the Bankruptcy Court's website at www.nysb.uscourts.gov (a PACER password is needed to access documents on this website).

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Boston Generating, LLC (0631); EBG Holdings LLC (3635); Fore River Development, LLC (7933); Mystic I, LLC (0640); Mystic Development, LLC (7940); BG New England Power Services, Inc. (0476); and BG Boston Services, LLC (6921).

CH\1297906.2

3. The conditions to consummation of the Plan set forth in Section 11.02 of the Plan were satisfied (or waived) on September 15, 2011. Thus, in accordance with the terms of the Plan, the Plan became effective on September 15, 2011 (the "**Effective Date**"). All references in the Plan and the Confirmation Order to the Effective Date are to September 15, 2011.

Dated: September 15, 2011

/s/ *D. J. Baker*
D. J. Baker
Robert J. Rosenberg
Caroline A. Reckler
Kimberly A. Posin (appearing *pro hac vice*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Counsel to the Debtors and Debtors-in-Possession

2
CH\1297906.2