**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>BOSTON GENERATING, LLC *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-14419 (SCC) |
| CRAIG R. JALBERT, the Liquidating Trustee of the BosGen Liquidating Trust,<br><br>Plaintiff,<br><br>-against-<br><br>K ROAD POWER MANAGEMENT, LLC, et al.,<br><br>Defendants. | Adv. Pro. No. 12-01879 (SCC) |

**NOTICE OF WITHDRAWAL OF MOTION OF PLAINTIFF CRAIG R. JALBERT, LIQUIDATING TRUSTEE OF THE BOSGEN LIQUIDATING TRUST, TO COMPEL THE STONEHILL ENTITIES TO PRODUCE SUBPOENAED DOCUMENTS FORTHWITH**

**PLEASE TAKE NOTICE** that, per the Stipulation, entered into as of the 28th day of January, 2013, by and amongst Craig R. Jalbert, the Liquidating Trustee of the BosGen Liquidating Trust, Stonehill Master Fund Ltd. ("Stonehill Master Fund") and Stonehill Institutional Partners, L.P. ("Stonehill Institutional") filed on February 20, 2013 (Dkt. No. 42 in Adv. Pro. No. 12-01879 (SCC)), the Liquidating Trustee hereby withdraws the Motion to Compel the Stonehill Entities to Produce Subpoenaed Documents ( Dkt. No. 18 in Adv. Pro. No. 12-01879 (SCC)) as to Stonehill Master Fund, Stonehill Institutional Partners, and Boston Generating Offshore Holdings, Ltd.

Dated: March 1, 2013

**GRANT & EISENHOFER P.A.**

/s/ Matthew P. Morris
Stuart M. Grant
James J. Sabella
Matthew P. Morris
485 Lexington Avenue, 29th Floor
New York, New York 10017
Telephone: (646) 722-8500
Email: sgrant@gelaw.com
jsabella@gelaw.com
mmorris@gelaw.com

**JAGER SMITH P.C.**
Bruce F. Smith
Steven C. Reingold
Jonathan M. Horne
730 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 683-3520
Email: bsmith@jagersmith.com
sreingold@jagersmith.com
jhorne@ jagersmith.com

Counsel to Craig R. Jalbert, the Liquidating Trustee of the BosGen Liquidating Trust