**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>BOSTON GENERATING, LLC *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-14419 (SCC) |
| CRAIG R. JALBERT, the Liquidating Trustee of the BosGen Liquidating Trust,<br><br>Plaintiff,<br><br>-against-<br><br>K ROAD POWER MANAGEMENT, LLC, et al.,<br><br>Defendants. | Adv. Pro. No. 12-01879 (SCC) |

**NOTICE OF WITHDRAWAL OF MOTION OF PLAINTIFF CRAIG R. JALBERT, LIQUIDATING TRUSTEE OF THE BOSGEN LIQUIDATING TRUST, TO COMPEL THE SANDELL ENTITIES TO PRODUCE SUBPOENAED DOCUMENTS FORTHWITH**

**PLEASE TAKE NOTICE** that Craig R. Jalbert, the Liquidating Trustee of the BosGen Liquidating Trust, hereby withdraws the Motion to Compel the Satellite Entities to Produce Subpoenaed Documents Forthwith (Docket No. 16 in Adv. Pro. No. 12-01879 (SCC)) as to Sandell Asset Management Corp., CMI Holdings Investment, Ltd. and Castlerigg Partners, L.P.

Dated: March 1, 2013

**GRANT & EISENHOFER P.A.**

/s/ Matthew P. Morris
Stuart M. Grant
James J. Sabella
Matthew P. Morris
485 Lexington Avenue, 29th Floor
New York, New York 10017
Telephone: (646) 722-8500
Email: sgrant@gelaw.com
jsabella@gelaw.com
mmorris@gelaw.com

**JAGER SMITH P.C.**
Bruce F. Smith
Steven C. Reingold
Jonathan M. Horne
730 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 683-3520
Email: bsmith@jagersmith.com
sreingold@jagersmith.com
jhorne@ jagersmith.com

Counsel to Craig R. Jalbert, the Liquidating Trustee of the BosGen Liquidating Trust