ANDREWS KURTH LLP
Paul N. Silverstein (PS 5098)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

*Counsel to Mark Holliday, Liquidating Trustee of the BosGen Liquidating Trust, and the BosGen Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **BOSTON GENERATING, LLC, *et. al.*,**[1] | : | **Case No. 10-14419 (SCC)** |
| **Debtors.** | : | **Jointly Administered** |

**APPOINTMENT AND ACCEPTANCE OF SUCCESSOR LIQUIDATING TRUSTEE FOR THE BOSGEN LIQUIDATING TRUST**

THIS APPOINTMENT AND ACCEPTANCE is made and entered into by and between Mark Holliday with an address of 257 SW Marconi Avenue, Portland, OR 97205 and the Trust Advisory Board (the "TAB") pursuant to the Liquidating Trust Agreement, as amended or modified (the "Liquidating Trust Agreement") for the BosGen Liquidating Trust (the "Liquidating Trust"), made and executed in connection with the First Amended Plan of Liquidation of Boston Generating, LLC et al., dated June 20, 2011 (as amended or modified, the "Plan"), filed by the Debtors in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") in Case No. 10-14419 (SCC), which Plan was confirmed by Order of the Bankruptcy Court dated August 31, 2011.

Pursuant to the Plan and Liquidating Trust Agreement, Craig R. Jalbert was appointed as the Liquidating Trustee. The TAB removed Craig R. Jalbert as Liquidating Trustee pursuant to Section 8.8(b) of the Liquidating Trust Agreement, effective February 22, 2013.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are (i) Boston Generating, LLC (0631); (ii) EBG Holdings LLC (3635); (iii) Fore River Development, LLC (7933); (iv) Mystic I, LLC (3640); (v) Mystic Development, LLC (7940); (vi) BG New England Power Services, Inc. (0476); and (vii) BG Boston Services, LLC (6921).

The TAB hereby appoints Mark Holliday as Successor Liquidating Trustee (the "Successor Liquidating Trustee") effective February 22, 2013 to act under the Liquidating Trust Agreement pursuant to Section 8.8(c).

Mark Holliday hereby accepts such appointment effective February 22, 2013 pursuant to Sections 8.1 and 8.8(d) of the Liquidating Trust Agreement and agrees to act as Liquidating Trustee of the Liquidating Trust pursuant to the terms of the Liquidating Trust Agreement.

**ACKNOWLEDGED AND AGREED TO AS OF FEBRUARY 22, 2013:**

**TRUST ADVISORY BOARD**
**BOSGEN LIQUIDATING TRUST**

**Appointing Mark Holliday as**
**Successor Liquidating Trustee**

/s/ Bennett G. Young
Bennett G. Young, on behalf of
Algonquin Gas Transmission, LLC,
Member of Trust Advisory Board

/s/ Robert J. Fraley
Robert J. Fraley on behalf of
Fortress Investment Group, LLC,
Member of Trust Advisory Board

/s/ Mark Palmer
Mark Palmer on behalf of
MatlinPatterson Global Advisors LLC,
Member of Trust Advisory Board

**Accepting Appointment as**
**Successor Liquidating Trustee**

/s/ Mark Holliday
By: Mark Holliday
Title: Successor Liquidating Trustee