**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000

*Attorneys for Defendants The Raptor Global Portfolio Ltd., The Tudor BVI Global Portfolio L.P., Tudor Proprietary Trading L.L.C., and Tudor Investment Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| BOSTON GENERATING, LLC *et al.*, | Chapter 11 |
| *Debtors*. | Case No. 10-14419 (SCC)<br>Jointly Administered |
| MARK HOLLIDAY, the Liquidating Trustee of the BosGen Liquidating Trust, | |
| *Plaintiff*, | Adv. No. 12-01879 (SCC) |
| v. | |
| K ROAD POWER MANAGEMENT, LLC, *et al.*, | |
| *Defendants*. | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Defendants The Raptor Global Portfolio Ltd., The Tudor BVI Global Portfolio L.P., Tudor Proprietary Trading L.L.C., and Tudor Investment Corporation (collectively, the "Tudor Defendants") state that they are privately owned entities and that no publicly traded corporation owns 10% or more of any of the Tudor Defendants.

Dated:  November 1, 2013
        New York, New York

> Respectfully submitted,
>
> */s/ Richard F. Schwed*
> SHEARMAN & STERLING LLP
> Richard F. Schwed
> Edward G. Timlin
> 599 Lexington Avenue
> New York, New York  10022
> Telephone:  (212) 848-4000
> Facsimile:  (212) 848-7179
>
> *Attorneys for Defendants The Raptor Global Portfolio Ltd., The Tudor BVI Global Portfolio L.P., Tudor Proprietary Trading, L.L.C., and Tudor Investment Corporation*

## CERTIFICATE OF SERVICE

I, Edward G. Timlin, an associate employed by Shearman & Sterling LLP, hereby certify that on November 1, 2013, a copy of the foregoing Corporate Disclosure Statement was filed electronically with the Clerk of Court through the Court's CM/ECF system, thus serving all registered parties.

*/s/ Edward G. Timlin*
Edward G. Timlin