G. Michael Gruber  
Brian N. Hail  
Jeffrey R. Erler  
Allison Jacobsen  
Michael J. Lang  
Laura M. Fontaine  
William S. Richmond  
**GRUBER HURST JOHANSEN HAIL SHANK LLP**  
1445 Ross Avenue, Suite 2500  
Dallas, TX 75202  
Telephone:     (214) 855-6800  
Facsimile:     (214) 855-6808  
Email:   mgruber@ghjhlaw.com  
            bhail@ghjhlaw.com  
            jerler@ghjhlaw.com  
            ajacobsen@ghjhlaw.com  
            mlang@ghjhlaw.com  
            lfontaine@ghjhlaw.com  
            brichmond@ghjhlaw.com  

*ATTORNEYS FOR PLAINTIFF MARK HOLLIDAY, the Liquidating Trustee of the BosGen Liquidating Trust, except as to claims against Defendants Highland Capital Management LP and Highland Crusader Offshore Partners LP*

Jeffrey S. Levinger  
**LEVINGER PC**  
1445 Ross Avenue, Suite 2500  
Dallas, Texas 75202  
Telephone: (214) 855-6817  
Facsimile: (214) 855-6808  
Email: jlevinger@levingerpc.com  

*ATTORNEY FOR PLAINTIFF MARK HOLLIDAY, the Liquidating Trustee of the BosGen Liquidating Trust, as to claims against Defendants Highland Capital Management LP and Highland Crusader Offshore Partners LP*

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re | ) | Chapter 11 |
| | ) | |
| BOSTON GENERATING, LLC et al. | ) | Case No. 10-14419 (SCC) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| MARK HOLLIDAY, the Liquidating Trustee of the BosGen Liquidating Trust, | ) ) ) | |
| Plaintiff, | ) | Adv. Pro. No. 12-01879 (SCC) |
| | ) | |
| -against- | ) ) | **NOTICE OF HEARING ON STIPULATION AND CONSENT ORDER PURSUANT TO FED R. CIV. P. 41(A) DISMISSING ACTION WITH RESPECT TO K ROAD DEFENDANTS** |
| | ) | |
| K ROAD POWER MANAGEMENT, LLC, et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF HEARING ON STIPULATION AND CONSENT ORDER

PLEASE TAKE NOTICE that a hearing is set for January 30, 2014 at 2:00 p.m. on the *Stipulation and Consent Order Pursuant to Fed. R. Civ. P. 41(a) Dismissing Action With Prejudice With Respect to K Road Defendants*, Dkt. #1158. The hearing will be held in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408 before the Honorable Shelley C. Chapman.

Dated: January 23, 2014

Respectfully submitted,

/s/ G. Michael Gruber
G. Michael Gruber
Brian Hail
Jeffrey R. Erler
Allison Jacobsen
Michael J. Lang
Laura M. Fontaine
William S. Richmond
Gruber Hurst Johansen Hail Shank LLP
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
Telephone:   (214) 855-6800
Facsimile:   (214) 855-6808
Email:  mgruber@ghjhlaw.com
            bhail@ghjhlaw.com
            jerler@ghjhlaw.com
            ajacobsen@ghjhlaw.com
            mlang@ghjhlaw.com
            lfontaine@ghjhlaw.com
            brichmond@ghjhlaw.com

*ATTORNEYS FOR PLAINTIFF*
*MARK HOLLIDAY, the Liquidating Trustee of*
*the BosGen Liquidating Trust, except as to claims*
*against Defendants Highland Capital*

*Management LP and Highland Crusader Offshore Partners LP*

and

Jeffrey S. Levinger
**LEVINGER PC**
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
Telephone: (214) 855-6817
Facsimile: (214) 855-6808
Email: jlevinger@levingerpc.com

*ATTORNEY FOR PLAINTIFF*
*MARK HOLLIDAY, the Liquidating Trustee of the BosGen Liquidating Trust, as to claims against Defendants Highland Capital Management LP and Highland Crusader Offshore Partners LP*

## CERTIFICATE OF SERVICE

I, Laura M. Fontaine, hereby certify that on the 23rd day of January 2014, a copy of the foregoing Notice of Hearing was filed electronically.  Notice of this filing will be sent to the parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

/s/ *Laura M. Fontaine*
Laura M. Fontaine