UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
In re:                                                        :   Chapter 11
BOSTON GENERATING, LLC, et al.,                               :   Case No. 10-14419 (SCC)
                                                              :
                        Debtors.                              :   Jointly Administered
                                                              x
_____                :
                                                              :
MARK HOLLIDAY, the Liquidating Trustee of                     :
the BosGen Liquidating Trust,                                 :   Adv. Pro. No. 12-01879 (LGB)
                                                              :
                        Plaintiff,                            :
                                                              :
             -versus-                                         :
                                                              :
K ROAD POWER MANAGEMENT, et al.,                              :
                                                              :
                        Defendants.                           :
------------------------------------------------------------- x
```

**ORDER APPROVING STIPULATION**
**OF SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019(a)**

Upon the motion of Mark Holliday, successor Liquidating Trustee (the "Trustee") of the Boston Generating Liquidating Trust (the "Trust") for an Order Approving Stipulation of Settlement with Highlander Crusader (as defined therein), dated October 12, 2022, Pursuant to Fed. R. Bankr. P. 9019 (the "Motion") [Docket No. 337]; and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157(b) and 1334; and this Court having found that proper and adequate notice of the Motion has been provided and no objections to the Motion having been filed; and after hearing held before this Court on November 9, 2022 to consider the Motion; and the Court having determined that the relief sought in the Motion is appropriate and warranted; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED AS FOLLOWS:**

1. The Motion is granted;

DMS 91410281

2. The Stipulation of Settlement attached to the Motion on Exhibit "B" and to this Order as Exhibit "1" is approved; and

3. This Court shall retain exclusive jurisdiction with respect to all matters relating to the Motion, the Stipulation of Settlement and this Order.

Dated: **November 9, 2022**
New York, New York

/s/ Lisa G. Beckerman
THE HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE

DMS 91410281